David O'Daniel, SBN: 006418
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2460
Facsimile:  (602) 265-4716
dodaniel@gordonress.com

Attorneys for Defendant
CMRE Financial Services, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SHERRELL D. MOSLEY, individually and on behalf of others similarly situated )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CMRE FINANCIAL SERVICES, INC., )<br><br>Defendant. ) | CASE NO.  CV-13-02005 PHX JJT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CMRE FINANCIAL SERVICES, INC. AND ALL CLAIMS AGAINST IT** |

Pursuant to the July 10, 2014 Order Granting Joint Motion to Approve Settlement Agreement Between Chapter 7 Trustee and CMRE Financial Services, Inc., a copy of which is attached as Exhibit A, Trustee Dale Ulrich, on behalf of the Bankruptcy Estate of Plaintiff Sherrell D. Mosley, and Defendant CMRE Financial Services, Inc., stipulate and agree to dismiss with prejudice this action in its entirety and to dismiss all claims and causes of action alleged in this action or that could have been brought.  Each Party will bear its/her own costs and attorneys' fees.

A proposed Order of Dismissal with Prejudice consistent with this Stipulation is lodged concurrently with this Stipulation and a copy is attached as Exhibit B.  The Parties request that this Court enter the original of the attached Order of Dismissal with Prejudice.

1        Dated this 21st day of July 2014.

2                                        GORDON & REES LLP

3

4                                        By:    /s/ David L. O'Daniel
                                                David L. O'Daniel, Esq.
5                                               111 W. Monroe St., Suite 1600
                                                Phoenix, Arizona  85003
6                                               Attorneys for Defendant
                                                *CMRE Financial Services, Inc.*
7

8

9                                        By:    /s/ Dale D. Ulrich
                                                Dale D. Ulrich
10                                              Chapter 7 Bankruptcy Trustee for
                                                Albert and Sherrell Mosley
11                                              PMB-615, 1928 E. Highland, F104
                                                Phoenix, Arizona  85016-4626
12

13

14

15   I hereby certify that on July 21st 2014 I electronically
     transmitted the attached document to the Clerk's Office
16   using the CM/ECF System for filing and transmittal of a
     Notice of Electronic Filing to the following CM/ECF
17   registrants:

18
     David J. McGlothlin, Esq.
19   HYDE & SWIGART
     2633 E. Indian School Rd., Suite 460
20   Phoenix, AZ  85016
21   Attorneys for Plaintiffs/Debtor Sherrell Mosley

22

23   /s/ Lisa Young

24

25

26

27

28