**SO ORDERED.**

Dated: July 10, 2014



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MOSLEY, ALBERT, JR<br>MOSLEY, SHERRELL<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. 13-19450-PHX MCW<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND CMRE FINANCIAL SERVICES, INC.** |

This matter comes before the Court on the Joint Motion to Approve Settlement Agreement between Chapter 7 Trustee and CMRE Financial Services, Inc. ("CMRE"). The Court has reviewed the Joint Motion and the Amended Notice of Joint Motion to Approve Settlement Agreement between Chapter 7 Trustee and CMRE.  The Court finds that said Amended Notice was duly served upon all parties in interest and that no responses to the Joint Motion and Amended Notice have been filed.  Being otherwise fully advised on this matter,

THE COURT HEREBY ORDERS that the Joint Motion to Approve Settlement Agreement is granted.

IT IS FURTHER ORDERED that the Settlement Agreement and Release between the Chapter 7 Trustee and CMRE is APPROVED;

1  IT IS FURTHER ORDERED that Trustee Dale Ulrich is authorized to enter into
2  and perform under the Settlement Agreement and Release as contemplated in the
3  Settlement Agreement and Release.
4  IT IS FURTHER ORDERED that Trustee Dale Ulrich, on behalf of the
5  Bankruptcy Estate and Debtor Sherrell Mosley, is authorized to execute a Stipulation for
6  Dismissal with Prejudice of the U.S. District Court action (CV-13-02005 PHX JJT)
7  brought by Debtor Sherrell Mosley against CMRE.

1092013/18985093v.1