NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherrell D. Mosley, | No. CV-13-02005-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| CMRE Financial Services Incorporated, | |
| Defendant. | |

At issue is the parties' July 21, 2014 Joint Stipulation for Dismissal with Prejudice (Doc. 28). The Court has reviewed the Stipulation and finds that dismissal is proper.

**IT IS THEREFORE ORDERED** dismissing this matter with prejudice, with each party to bear their own fees and costs.

Dated this 24th day of July, 2014.

_____
John J. Tuchi
United States District Judge